UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:96-cr-00034-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PATRICE BEHANZIN WILSON | ) | |

This matter is before the court on defendant's motions for early termination of probation and to revise a condition of probation. (DE ## 198, 199.) Because jurisdiction over defendant's supervised release has been transferred to the Northern District of Georgia, (DE # 197), this court lacks the authority to grant defendant any relief. The motions are DENIED WITHOUT PREJUDICE. Defendant may refile the same motions in the Northern District of Georgia.

This 2 October 2018.

_____
W. Earl Britt
Senior U.S. District Judge